Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
L. Ray Harmon

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. Ray Harmon, <br><br><br> Plaintiff, <br><br> v. <br><br> Crenshaw Imperial Car Wash, Inc., et al. <br><br> Defendants. | Case Number: 2:21-cv-08184-DSF-MRW <br><br><br> **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> **[FRCP 41(a)(1)(A)(ii)** |

–1–

**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff L. RAY HARMON and Defendant CRENSHAW CAR WASH, INC. hereby stipulate as follows:

1.     Plaintiff's entire complaint as to all parties and all causes of action is hereby dismissed *with prejudice*; and

2.     The parties shall bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  June 28, 2022          By:  /s/ *Ross Cornell*
                                        Ross Cornell, Esq.,
                                        Attorneys for Plaintiff,
                                        L. RAY HARMON


Dated:   June 28, 2022         By:  /s/ *Daniel R. Sallus*
                                        Daniel R. Sallus, Esq.,
                                        Attorneys for Defendant,
                                        CRENSHAW IMPERIAL CAR
                                        WASH, INC.


## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 28, 2022    LAW OFFICES OF ROSS CORNELL, APC


By:  /s/ *Ross Cornell*
        Ross Cornell, Esq.,
        Attorneys for Plaintiff

-2-